FILED
United States Court of Appeals
Tenth Circuit

May 17, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| MARY ANN MORENO, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CIRCLE K STORES, INC., <br><br> Defendant - Appellee. | No. 24-1058 <br> (D.C. No. 1:22-CV-2327-NYW-STV) <br> (D. Colo.) |

_____

**ORDER**

_____

This matter is before the court on Appellant's *Unopposed Motion to Seal Appendix Vol. V*. Appellant seeks leave to file Volume V of the appendix under seal because it contains documents that were restricted in the district court. These documents are ECF No. 53-3, a letter from the District Attorneys' Office containing Appellant's personal address, and ECF No. 78, notes from Appellant's therapist. Appellant has included a public redacted version of ECF No. 53-3 in Volume I of the appendix but is unable to redact ECF No. 78 due to the nature of the notes.

The motion is provisionally granted subject to reconsideration by the panel of judges who will later be assigned to consider this appeal on the merits. Unless the court orders otherwise, Volume V of the appendix will remain under seal.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

By: Allie Parrott
Counsel to the Clerk