FILED
United States Court of Appeals
Tenth Circuit

September 17, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

MARY ANN MORENO,

    Plaintiff - Appellant,

v.

CIRCLE K STORES, INC.,

    Defendant - Appellee.

No. 24-1058
(D.C. No. 1:22-CV-2327-NYW-STV)
(D. Colo.)

_____

**ORDER**

_____

This matter is before the court on Defendant-Appellee's *Unopposed Motion to Reset Oral Argument*. The motion is GRANTED. Oral argument scheduled for November 22, 2024 is vacated and counsel scheduled to appear are excused from attendance. Oral argument for this matter will now be held on November 18, 2024 at 1:00 p.m. in Denver, Colorado. Counsel will receive further details about the oral argument session via a separate calendar notification.

                  Entered for the Court

                  CHRISTOPHER M. WOLPERT, Clerk