# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| MARY ANN MORENO, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> CIRCLE K STORES, INC., <br><br> Defendant-Appellant. | Case No. 24-1058 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of Defendant-Appellant Circle K. Sores, Inc. certifies as follows:

☒ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

Defendant Circle K Stores, Inc. states that it is a non-governmental corporate party and identifies its ultimate parent corporation as Alimentation Couche-Tard, Inc., a publicly held corporation. No publicly held corporation owns 10% or more of Alimentation Couche-Tard, Inc.'s stock.

☐ There is no information to disclose pursuant to Fed. R. App. P. 26.1.

1

<u>February 29, 2024</u>
Date

<u>s/ *Thomas W. Carroll*</u>
Signature

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on February 29, 2024, via CM/ECF to the following:

Iris Halpern
Virginia Butler
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO  80205
Telephone: (303) 578-4400
Fax: (303) 578-4401
nl@rmlawyers.com
vb@rmlawyers.com

                                                    *s/Elisabeth L. Egan*
                                                    Elisabeth L. Egan