UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| MARY ANN MORENO,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>CIRCLE K STORES, INC.,<br><br>Defendant-Appellant. | Case No. 24-1058 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorneys hereby appear as counsel for Defendant-Appellant Circle K Stores, Inc. in the above-captioned case.

| | |
|---|---|
| Thomas W. Carrol<br>Name of Counsel | Nicholas Hankins<br>Name of Counsel |
| *s/ Thomas W. Carroll*<br>Signature of Counsel | *s/ Nicholas Hankins*<br>Signature of Counsel |
| 1900 Sixteenth Street, Suite 800<br>Denver, CO 80202<br>(303) 629-6200<br>Mailing Address and Telephone Number | 1900 Sixteenth Street, Suite 800<br>Denver, CO 80202<br>(303) 629-6200<br>Mailing Address and Telephone Number |
| tcarroll@littler.com<br>Email Address | nhankins@littler.com<br>Email Address |

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

☑   The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

**Entities**

1. Alimentation Couche-Tard, Inc.

**Attorneys**

2. Nicholas A. Lutz

<u>February 29, 2024</u>
Date

<u>*s/ Thomas W. Carroll*</u>
Signature

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on February 29, 2024, via CM/ECF to the following:

Iris Halpern  
Virginia Butler  
RATHOD | MOHAMEDBHAI LLC  
2701 Lawrence Street, Suite 100  
Denver, CO  80205  
Telephone: (303) 578-4400  
Fax: (303) 578-4401  
nl@rmlawyers.com  
vb@rmlawyers.com  

                                                *s/Elisabeth L. Egan*  
                                                 Elisabeth L. Egan