Case No. 24-1058

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Mary Ann Moreno,

    Plaintiff-Appellant,

v.

Circle K Stores, Inc.,

    Defendant-Appellee.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX

---

Plaintiff-Appellant, Mary Ann Moreno ("Ms. Moreno"), by and through undersigned counsel, and pursuant to Federal Rule of Appellate Procedure 27 and Tenth Circuit Rule 27.6, respectfully moves this Court for a 30-day extension of time, up to and including May 16, 2024, within which to file the Opening Brief and Appendix in this appeal.

### I.    STATEMENT OF CONFERRAL

Undersigned counsel conferred with counsel for Appellee Circle K Stores, Inc., which does not oppose the relief requested herein.

### II.    MOTION

1.    Ms. Moreno's Opening Brief and Appendix is currently due April 16, 2024.

2.    Counsel for Ms. Moreno had multiple scheduling obligations over the past several weeks, extending into this month, to include multiple depositions and filings in other matters.

3. Such obligations include but are not limited to motions practice, oral argument, and discovery disputes in *Peddada v. Catholic Health Initiatives et al.*, 23-cv-01921-SKC-MDB, District of Colorado; briefing and depositions in *Angelo et al. v. Jefferson County et al.*, 23-cv-01607-CNS-STV, District of Colorado; and other cases not currently filed with the court.

4. As such, Ms. Moreno requires an additional 30 days, up to and including May 16, 2024, to file her Opening Brief and Appendix.

5. Ms. Moreno has not filed any prior motions to extend time before the Court.

WHEREFORE, for the foregoing reasons, Ms. Moreno respectfully requests this Court grant the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX in the amount of 30 days, up to and including May 16, 2024.

Respectfully submitted this 10th day of April, 2024.

                                                          RATHOD | MOHAMEDBHAI LLC

                                                          *s/ Virginia Hill Butler*
                                                          Virginia Hill Butler
                                                          Iris Halpern
                                                          2701 Lawrence Street, Suite 100
                                                          Denver, CO 80205
                                                          (303) 578-4400
                                                          (303) 578-4401 (f)
                                                          vb@rmlawyers.com
                                                          ih@rmlawyers.com

                                                          *Counsel for Appellant Mary Ann Moreno*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of April, 2024, a true and correct copy of the above and foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX was electronically filed with the Clerk of the Tenth Circuit Court via the CM/ECF system, which will send notification of such filing to the following:

Thomas W. Carroll
Nicholas Hankins
LITLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Fax: 303.629.6200
Email: tcarroll@littler.com
       nhankins@littler.com

*Counsel for Appellee Circle K Stores, Inc.*

                                      *s/ Virginia Hill Butler*
                                      Virginia Hill Butler

                                      *Counsel for Appellant Mary Ann Moreno*