FILED
United States Court of Appeals
Tenth Circuit

May 13, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

MARY ANN MORENO,

    Plaintiff - Appellant,

v.

CIRCLE K STORES, INC.,

    Defendant - Appellee.

No. 24-1058
(D.C. No. 1:22-CV-2327-NYW-STV)
(D. Colo.)

_____

## ORDER
_____

This matter is before the court on Appellant's *Motion for Exemption from Electronic Filing for Conventionally Submitted Material* and Appellant's *Supplement* to the motion. In the motion, Appellant seeks leave to conventionally file the following exhibits from the district court docket: ECF Nos. 39-3, 39-4, 39-6, 64-6, 64-7, 64-8, 64-9, 65-3, and 65-5 ("Exhibits"). These Exhibits are surveillance videos and 911 calls, and are therefore not conducive to electronic filing. As noted in the supplement, the motion is unopposed. Upon consideration, the motion is GRANTED as follows:

Appellant may file the Exhibits on a USB drive. The materials must be in a familiar file format that can be accessed using commonly-available media players. The files on the USB drive must be named with a file-naming convention that clearly identifies each individual file. Absent the court's prior approval, neither the USB drive nor any of the files saved thereon may be password protected.

Appellant shall provide the court with two copies of the USB drive at the same time Appellant submits the paper copy of the appendix. Each copy must be clearly labelled with the appeal name and number. Appellant shall serve a copy of the USB drive on opposing counsel.

Appellant's opening brief and appendix remain due May 16, 2024.

>Entered for the Court
>CHRISTOPHER M. WOLPERT, Clerk
>
>By: Allie Parrott
>    Counsel to the Clerk