Case No. 24-1058

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Mary Ann Moreno,

    Plaintiff-Appellant,

v.

Circle K Stores, Inc.,

    Defendant-Appellee.

_____

On Appeal from the United States District Court for the District of Colorado
The Honorable Nina Y. Wang, U.S. District Judge
D.C. Case No. 22-cv-02327-NYW-STV

_____

**APPELLANT'S UNOPPOSED MOTION TO SEAL APPENDIX VOL. V**
_____

Plaintiff-Appellant Mary Ann Moreno, by and through Rathod | Mohamedbhai LLC, and pursuant to Tenth Circuit Rule 25.6, respectfully moves this Court to seal Appellant's Appendix Volume V, and states as follows:

**Certification Pursuant to 10th Cir. R. 27.1:** Ms. Moreno conferred with Circle K Stores, Inc., who does not oppose the relief requested in this motion.

1. Plaintiff-Appellant seeks leave to file Appellant's Appendix Volume V under seal. Volume V contains exclusively non-public documents that were filed with the district court under Level 1 restriction. These documents are ECF No. 53-

1

3 and ECF No. 78. Ms. Moreno filed a placeholder of ECF No. 53-3 in Volume I at 171 and a placeholder of ECF No. 78 in Vol. IV at 757.

2. ECF No. 53-3 is a letter from the District Attorney's Office containing Ms. Moreno's personal address. In filing the exhibit with the district court, Ms. Moreno redacted her address on the first page but inadvertently failed to redact her address on the second page. *See id.* Restricting ECF No. 53-3 safeguards Ms. Moreno's privacy interest and her safety. Ms. Moreno filed a publicly available version of this document with her address redacted on the second page at ECF No. 57-1, which is found in Ms. Moreno's Appendix Vol. I at 198-99. Accordingly, a public, redacted version of ECF No. 53-3 is available in Vol. I at 198-99. The district court granted Ms. Moreno's motion to file ECF No. 53-3 under seal. *See* Vol. I at 9.

3. ECF No. 78 (placeholder located in Vol. IV at 757) are notes from Ms. Moreno's therapist. Ms. Moreno began seeing a therapist after she suffered the October 4, 2020 attack from Tyler Wimmer. Her therapist made notes pertaining to the visits. Ms. Moreno cited the notes in Plaintiff's Reply in Support of Her Motion for Partial Summary Judgment, ECF No. 77, which is found in the Appendix at Vol. IV at 727-40. *See* ECF No. 77 at 4, Vol. IV at 730. These notes implicate Ms. Moreno's privacy interest in her medical care and mental health records. *See Jaffee v. Redmon*, 518 U.S. 1 (1996) (recognizing psychotherapist-patient privilege);

Health Insurance Portability and Accountability Act (HIPAA), 110 Stat. 1936, 104 P.L. 191, § 1177 (1996). Restricted access is necessary to protect Ms. Moreno's privacy interest in her mental health treatment. Ms. Moreno is unable to file a redacted version of the notes because their content comes entirely from notes her therapist made. The district court granted Ms. Moreno's motion to file ECF No. 78 under seal. *See* Vol. I at 11.

WHEREFORE, Ms. Moreno respectfully asks this Court to grant this unopposed motion to seal Appellant's Appendix Volume V.

Respectfully submitted this 16th day of May, 2024.

                                                    RATHOD | MOHAMEDBHAI LLC

                                                    *s/ Virginia Hill Butler*
                                                    Virginia Hill Butler
                                                    Iris Halpern
                                                    2701 Lawrence Street, Suite 100
                                                    Denver, CO 80205
                                                    (303) 578-4400
                                                    vb@rmlawyers.com
                                                    ih@rmlawyers.com

                                                    *Counsel for Appellant Mary Ann Moreno*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May, 2024, a true and correct copy of the above and foregoing **APPELLANT'S UNOPPOSED MOTION TO SEAL APPENDIX VOL. V** was electronically filed with the Clerk of the Tenth Circuit Court via the CM/ECF system, which will send notification of such filing to the following:

Thomas W. Carroll
Nicholas Hankins
LITLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Fax: 303.629.6200
Email: tcarroll@littler.com
       nhankins@littler.com

*Counsel for Appellee Circle K Stores, Inc.*

                                        *s/ Virginia Hill Butler*
                                        Virginia Hill Butler

                                        *Counsel for Appellant Mary Ann Moreno*