Case No. 24-1058

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Mary Ann Moreno,

    Plaintiff-Appellant,

v.

Circle K Stores, Inc.,

    Defendant-Appellee.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF AND REPLY IN SUPPORT OF MOTION TO CERTIFY**

_____

Plaintiff-Appellant, Mary Ann Moreno ("Ms. Moreno"), by and through undersigned counsel, and pursuant to Federal Rule of Appellate Procedure 27 and Tenth Circuit Rule 27.6, respectfully moves this Court to extend the deadline for her Reply Brief and reply in support of motion to certify.

### I.    STATEMENT OF CONFERRAL

Undersigned counsel conferred with counsel for Appellee Circle K Stores, Inc., which does not oppose the relief requested herein.

1

## II.    <u>MOTION</u>

1. Ms. Moreno filed a motion to certify a question to the Colorado Supreme Court on May 16, 2024. Circle K responded on June 17, 2024.

2. Under Tenth Circuit Rule 27.4(D), the time for Ms. Moreno to file a reply in support of her motion is governed by Federal Rule of Appellate Procedure 27(a)(4).

3. Under Federal Rule of Appellate Procedure 27(a)(4), Ms. Moreno's reply is due within seven days after service of Circle K's response.

4. Ms. Moreno's reply in support of her motion to certify is due on June 24, 2024.

5. Ms. Moreno's Reply Brief is due on July 8, 2024.

6. Counsel for Ms. Moreno has multiple scheduling obligations as well as pre-planned vacation over the upcoming Independence Day holiday.

7. As such, Ms. Moreno requires an extension of 18 days to file her reply in support of motion to certify and four days to file her Reply Brief, to make them both due on July 12, 2024.

8. Ms. Moreno has not previously filed a motion for an extension of time to file her reply in support of her motion to certify or her Reply Brief. Ms. Moreno filed one motion for a 30-day extension of time to file her Opening Brief, which the Court granted.

WHEREFORE, for the foregoing reasons, Ms. Moreno respectfully requests this Court grant the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF AND REPLY IN SUPPORT OF MOTION TO CERTIFY and extend the deadlines for Ms. Moreno to file her reply in support of her motion to certify and her Reply Brief to July 12, 2024.

Respectfully submitted this 21st day of June, 2024.

                                                RATHOD | MOHAMEDBHAI LLC

                                                *s/ Virginia Hill Butler*
                                                Virginia Hill Butler
                                                Iris Halpern
                                                2701 Lawrence Street, Suite 100
                                                Denver, CO 80205
                                                (303) 578-4400
                                                (303) 578-4401 (f)
                                                vb@rmlawyers.com
                                                ih@rmlawyers.com

                                                *Counsel for Appellant Mary Ann Moreno*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of June, 2024, a true and correct copy of the above and foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF AND REPLY IN SUPPORT OF MOTION TO CERTIFY was electronically filed with the Clerk of the Tenth Circuit Court via the CM/ECF system, which will send notification of such filing to the following:

Thomas W. Carroll
Nicholas Hankins
LITLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Fax: 303.629.6200
Email: tcarroll@littler.com
       nhankins@littler.com

*Counsel for Appellee Circle K Stores, Inc.*

                                   *s/ Virginia Hill Butler*
                                   Virginia Hill Butler

                                   *Counsel for Appellant Mary Ann Moreno*